## NEW HAVEN COUNTY, ADJOURNED SUPERIOR COURT, A. D. 1773.

### FORD V. ATWATER.

Fraud and imposition will avoid the transfer of property.

ACTION of trover for a pair of oxen. Issue to the jury.

The case was — One Graham, a worthless fellow, both in point of character and estate, dressed himself up so as to have the appearance of a man of property and character, applied to the plaintiff and purchased his oxen on credit, for which Graham gave his note. The defendant received the oxen of Graham, and had them in keeping. Ford finds out the imposition practiced upon him by Graham, and that he was a villain and a bankrupt; and hearing that the defendant had the oxen in keeping, went and told him how he had been defrauded by Graham, and demanded the oxen of the defendant, who refused to deliver them — and thereupon he brought this action.

Verdict and judgment for the plaintiff to recover, upon the ground that Graham had not acquired property in the oxen by reason of the fraud.